# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

DANNY GOSSAGE                                                                                      PLAINTIFF
ADC #139358

V.                                            4:10CV00009 WRW/HDY

SALINE COUNTY
DETENTION FACILITY *et al.*                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against the Saline County Detention Facility are DISMISSED WITH PREJUDICE, and the Saline County Detention Facility's name is removed as a party Defendant.

DATED this 2nd day of February, 2010.


                                                                /s/Wm. R. Wilson, Jr.
                                                     UNITED STATES DISTRICT JUDGE