**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

DANNY GOSSAGE                                                                                       PLAINTIFF
ADC #139358

V.                                        NO: 4:10CV00009 WRW/HDY

SALINE COUNTY
DETENTION FACILITY *et al.*                                                                  DEFENDANTS

### **ORDER**

On August 13, 2010, Defendants filed a motion for summary judgment, a brief in support, and a statement of facts (docket entries #32-#34). Although more than 14 days have passed, Plaintiff has not filed a response. However, in light of Plaintiff's *pro se* status, he will be granted additional time to file his response.

IT IS THEREFORE ORDERED THAT Plaintiff file his response to Defendants' motion for summary judgment no later than 14 days after the entry of this order.

DATED this   2   day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE