**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

DANNY GOSSAGE                                                                               PLAINTIFF
ADC #139358

V.                                          4:10CV00009-WRW

SALINE COUNTY
DETENTION FACILITY *et al.*                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice;

the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from

the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 19th day of November, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE